# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. VINCENT GLOSSIP, II,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 8:17-CV-1487 (VEB)<br><br>JUDGMENT |

For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

and this case is REMANDED for calculation of benefits; and (4) this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

DATED this 5th day of March, 2019,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE