UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L. VINCENT GLOSSIP II,

    Plaintiff,

        v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

No. 8:17-cv-01487-VEB

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS**

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses the amount of SIX THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($6,500.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

DATED: April 8, 2019

        /s/Victor E. Bianchini
        VICTOR E. BIANCHINI
        UNITED STATES MAGISTRATE JUDGE